# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAROL L. WRIGHT | § | Case No. 10-70240 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/25/2010. The undersigned trustee was appointed on 01/25/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 74,353.92 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 31,243.99 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 3,809.35 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 39,300.58 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/05/2016 and the deadline for filing governmental claims was 07/05/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,333.99 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,333.99 , for a total compensation of $ 6,333.99 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 6.53 , for total expenses of $ 6.53 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/30/2016           By: /s/BERNARD J. NATALE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-70240 | MB | Judge: | Manuel Barbosa | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | CAROL L. WRIGHT | | | | Date Filed (f) or Converted (c): | 01/25/2010 (f) |
| | | | | | 341(a) Meeting Date: | 02/25/2010 |
| For Period Ending: | 11/30/2016 | | | | Claims Bar Date: | 07/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor's Home located at 30585 Barclay Rd, Milledgeville IL | 60,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT | 16.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 36.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 6. AUTOMOBILES AND OTHER VEHICLES | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Products Liability Cause of Action/Pelvic Mesh (u) | Unknown | 70,000.00 | | 74,353.92 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)           $63,552.00           $70,000.00                    $74,353.92           $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CASE REOPENED AND TRUSTEE REAPPOINTED ON 3/30/2016. CLAIMS BAR DATE 7/5/2016. TVM PRODUCTS LIABILITY CLAIM TO BE SETTLED. SPECIAL COUSNEL APPOINTED 4/13/2016.

Initial Projected Date of Final Report (TFR): 12/31/2016      Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-70240 | Trustee Name: BERNARD J. NATALE |
| Case Name: CAROL L. WRIGHT | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8707 |
| | Checking |
| Taxpayer ID No: XX-XXX4317 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 11/30/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/16 | | Clark Love & Hutson BSC QSF Disbursement Account 440 Louisana St Ste 1800 Houston TX 77002 | Settlement Funds | | $39,300.58 | | $39,300.58 |
| | | | Gross Receipts    $74,353.92 | | | | |
| | | Clark Love 7 Hutson GP | Special Counsel Atty Fees    ($26,767.41) | 3210-600 | | | |
| | | Clark Love & Huston GP | Special Counsel Expenses    ($758.88) | 3220-610 | | | |
| | | MDL Fee 4% from Attorney Fees | Multi District Litigation Fee    ($2,974.16) | 3991-000 | | | |
| | | MDL Fee 1% from Client Recovery | Multi District Litigation Fee    ($743.54) | 3991-000 | | | |
| | | Medicare | Medical Lien    ($3,809.35) | 4120-000 | | | |
| | 7 | | Products Liability Cause of Action/Pelvic Mesh    $74,353.92 | 1242-000 | | | |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $39,300.58 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $39,300.58 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $39,300.58 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*     Page Subtotals:     $39,300.58     $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8707 - Checking | $39,300.58 | $0.00 | $39,300.58 |
| | $39,300.58 | $0.00 | $39,300.58 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $35,053.34 |
| Total Net Deposits: | $39,300.58 |
| Total Gross Receipts: | $74,353.92 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-70240  
Debtor Name: CAROL L. WRIGHT  
Claims Bar Date: 7/5/2016  

Date: November 30, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $6,333.99 | $6,333.99 |
| 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $6.53 | $6.53 |
| 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $2,567.50 | $2,567.50 |
| 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $26.84 | $26.84 |
| 3 300 7100 | American General Finance<br>Pine Tree Plaza<br>4311 E Lincolnway Ste D<br>Sterling Il 61081-7619 | Unsecured | This is a reaffirmation agreement and not a claim.  Document was filed in error. | $0.00 | $0.00 | $0.00 |
| 4 300 7100 | RRCA Accounts Mgt., Inc.<br>201 East 3Rd Street<br>Sterling Il 61081 | Unsecured | | $0.00 | $12,647.35 | $12,647.35 |
| 6 300 7100 | Ward, Murray, Pace & Johnson, P.C.<br>Attn: Lisa A. Gabriel<br>202 E. 5Th Street<br>Sterling, Il 61081 | Unsecured | | $0.00 | $4,676.13 | $4,676.13 |
| 1 400 4110 | American General Finance<br>Pine Tree Plaza<br>4311 E Lincolnway Ste D<br>Sterling Il 61081-7619 | Secured | | $0.00 | $6,159.68 | $0.00 |
| 2 400 4110 | American General Finance<br>Pine Tree Plaza<br>4311 E Lincolnway Ste D<br>Sterling Il 61081-7619 | Secured | | $0.00 | $6,314.97 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-70240  
Debtor Name: CAROL L. WRIGHT  
Claims Bar Date: 7/5/2016  
Date: November 30, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>400<br>4110 | Sauk Valley Bank & Trust Co.<br>Attn: Margie Clevenger<br>201 W. 3Rd Street<br>Sterling, Il 61081 | Secured | | $0.00 | $43,727.90 | $0.00 |
| | Case Totals | | | $0.00 | $82,460.89 | $26,258.34 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2        Printed: November 30, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-70240
Case Name: CAROL L. WRIGHT
Trustee Name: BERNARD J. NATALE

Balance on hand $ 39,300.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | American General Finance | $ 6,159.68 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | American General Finance | $ 6,314.97 | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | Sauk Valley Bank & Trust Co. | $ 43,727.90 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 39,300.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 6,333.99 | $ 0.00 | $ 6,333.99 |
| Trustee Expenses: BERNARD J. NATALE | $ 6.53 | $ 0.00 | $ 6.53 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 2,567.50 | $ 0.00 | $ 2,567.50 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 26.84 | $ 0.00 | $ 26.84 |

Total to be paid for chapter 7 administrative expenses $ 8,934.86

Remaining Balance $ 30,365.72

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,323.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | RRCA Accounts Mgt., Inc. | $ 12,647.35 | $ 0.00 | $ 12,647.35 |
| 6 | Ward, Murray, Pace & Johnson, P.C. | $ 4,676.13 | $ 0.00 | $ 4,676.13 |
| | Total to be paid to timely general unsecured creditors | | $ | 17,323.48 |
| | Remaining Balance | | $ | 13,042.24 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 368.12 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 12,674.12 .