UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

In re:                                        §
                                              §
                                              §
CAROL L. WRIGHT                               §    Case No. 10-70240
                                              §
         Debtor                               §
                                              §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 46,500.00                   Assets Exempt: 17,052.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 21,500.95   Claims Discharged
                                              Without Payment: 0.00

Total Expenses of Administration: 40,178.85

---

   3) Total gross receipts of $ 74,353.92  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 12,674.12  (see **Exhibit 2**), yielded net receipts of $ 61,679.80  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 60,011.90 | $ 3,809.35 | $ 3,809.35 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 40,178.85 | 40,178.85 | 40,178.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 17,323.48 | 17,323.48 | 17,691.60 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 117,514.23 | $ 61,311.68 | $ 61,679.80 |

4) This case was originally filed under chapter 7 on 01/25/2010 . The case was pending for 86 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/27/2017              By:/s/BERNARD J. NATALE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Products Liability Cause of Action/Pelvic Mesh | 1242-000 | 74,353.92 |
| **TOTAL GROSS RECEIPTS** | | **$ 74,353.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CAROL L. WRIGHT | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 12,674.12 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 12,674.12** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American General Finance | 4110-000 | NA | 6,159.68 | 0.00 | 0.00 |
| 2 | American General Finance | 4110-000 | NA | 6,314.97 | 0.00 | 0.00 |
| 5 | Sauk Valley Bank & Trust Co. | 4110-000 | NA | 43,727.90 | 0.00 | 0.00 |
| | Medicare | 4120-000 | NA | 3,809.35 | 3,809.35 | 3,809.35 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ NA | $ 60,011.90 | $ 3,809.35 | $ 3,809.35 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 6,333.99 | 6,333.99 | 6,333.99 |
| BERNARD J. NATALE | 2200-000 | NA | 6.53 | 6.53 | 6.53 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 2,567.50 | 2,567.50 | 2,567.50 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 26.84 | 26.84 | 26.84 |
| Clark Love 7 Hutson GP | 3210-600 | NA | 26,767.41 | 26,767.41 | 26,767.41 |
| Clark Love & Huston GP | 3220-610 | NA | 758.88 | 758.88 | 758.88 |
| MDL Fee 1% from Client Recovery | 3991-000 | NA | 743.54 | 743.54 | 743.54 |
| MDL Fee 4% from Attorney Fees | 3991-000 | NA | 2,974.16 | 2,974.16 | 2,974.16 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 40,178.85 | $ 40,178.85 | $ 40,178.85 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | RRCA Accounts Mgt., Inc. | 7100-000 | NA | 12,647.35 | 12,647.35 | 12,647.35 |
| 6 | Ward, Murray, Pace & Johnson, P.C. | 7100-000 | NA | 4,676.13 | 4,676.13 | 4,676.13 |
| | RRCA Accounts Mgt., Inc. | 7990-000 | NA | NA | NA | 268.75 |
| | Ward, Murray, Pace & Johnson, P.C. | 7990-000 | NA | NA | NA | 99.37 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 17,323.48 | $ 17,323.48 | $ 17,691.60 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 10-70240 | MB | Judge: | Manuel Barbosa | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | CAROL L. WRIGHT | | | | Date Filed (f) or Converted (c): | 01/25/2010 (f) |
| | | | | | 341(a) Meeting Date: | 02/25/2010 |
| For Period Ending: | 02/23/2017 | | | | Claims Bar Date: | 07/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor's Home located at 30585 Barclay Rd, Milledgeville IL | 60,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT | 16.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 36.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 6. AUTOMOBILES AND OTHER VEHICLES | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Products Liability Cause of Action/Pelvic Mesh (u) | Unknown | 70,000.00 | | 74,353.92 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $63,552.00      $70,000.00      $74,353.92      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CASE REOPENED AND TRUSTEE REAPPOINTED ON 3/30/2016. CLAIMS BAR DATE 7/5/2016. TVM PRODUCTS LIABILITY CLAIM TO BE SETTLED. SPECIAL COUSNEL APPOINTED 4/13/2016.

Initial Projected Date of Final Report (TFR): 12/31/2016     Current Projected Date of Final Report (TFR): 12/31/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-70240 | Trustee Name: BERNARD J. NATALE |
| Case Name: CAROL L. WRIGHT | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8707 |
| | Checking |
| Taxpayer ID No: XX-XXX4317 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 02/23/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/16 | | Clark Love & Hutson BSC QSF Disbursement Account 440 Louisana St Ste 1800 Houston TX 77002 | Settlement Funds | | $39,300.58 | | $39,300.58 |
| | | | Gross Receipts $74,353.92 | | | | |
| | | Clark Love 7 Hutson GP | Special Counsel Atty Fees ($26,767.41) | 3210-600 | | | |
| | | Clark Love & Huston GP | Special Counsel Expenses ($758.88) | 3220-610 | | | |
| | | MDL Fee 4% from Attorney Fees | Multi District Litigation Fee ($2,974.16) | 3991-000 | | | |
| | | MDL Fee 1% from Client Recovery | Multi District Litigation Fee ($743.54) | 3991-000 | | | |
| | | Medicare | Medical Lien ($3,809.35) | 4120-000 | | | |
| | 7 | | Products Liability Cause of Action/Pelvic Mesh $74,353.92 | 1242-000 | | | |
| 01/12/17 | 1101 | BERNARD J. NATALE 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENTER ROCKFORD, IL 61107 | Distribution | | | $6,340.52 | $32,960.06 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($6,333.99) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trte Expenses ($6.53) | 2200-000 | | | |
| 01/12/17 | 1102 | BERNARD J. NATALE LTD 1639 N ALPINE RD SUITE 401 EDGEBROOK OFFICE CENER ROCKFORD, IL 61107 | Distribution | | | $2,594.34 | $30,365.72 |
| | | BERNARD J. NATALE LTD | Atty Fees ($2,567.50) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Atty Expenses ($26.84) | 3120-000 | | | |
| 01/12/17 | 1103 | RRCA Accounts Mgt., Inc. 201 East 3Rd Street Sterling Il 61081 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $12,916.10 | $17,449.62 |

Page Subtotals: $39,300.58   $21,850.96

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-70240  
Case Name: CAROL L. WRIGHT  
Taxpayer ID No: XX-XXX4317  
For Period Ending: 02/23/2017  

Trustee Name: BERNARD J. NATALE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8707  
Checking  
Blanket Bond (per case limit): $3,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($268.75) | 7990-000 | | | |
| | | RRCA Accounts Mgt., Inc. | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($12,647.35) | 7100-000 | | | |
| 01/12/17 | 1104 | Ward, Murray, Pace & Johnson, P.C. Attn: Lisa A. Gabriel 202 E. 5Th Street Sterling, Il 61081 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $4,775.50 | $12,674.12 |
| | | | ($99.37) | 7990-000 | | | |
| | | Ward, Murray, Pace & Johnson, P.C. | Final distribution to claim 6 representing a payment of 100.00 % per court order. ($4,676.13) | 7100-000 | | | |
| 01/12/17 | 1105 | CAROL L. WRIGHT 30585 BARCLAY ROAD MILLEDGEVILLE, IL 61051 | Distribution of surplus funds to debtor. | 8200-002 | | $12,674.12 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $39,300.58 | $39,300.58 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $39,300.58 | $39,300.58 |
| Less: Payments to Debtors | $0.00 | $12,674.12 |
| Net | $39,300.58 | $26,626.46 |

Page Subtotals: $0.00 $17,449.62

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8707 - Checking | $39,300.58 | $26,626.46 | $0.00 |
|  | $39,300.58 | $26,626.46 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $35,053.34 |
|---|---|
| Total Net Deposits: | $39,300.58 |
| Total Gross Receipts: | $74,353.92 |

Page Subtotals:   $0.00   $0.00